**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 18-cr-30028-SMY** |
| | ) | |
| **DANDRE R. BROWN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## <u>ORDER</u>

**YANDLE, District Judge:**

This matter is before the Court on Defendant Dandre R. Brown's "Motion to Correct the Docket and Objection to Notice of Appeal" (Doc. 60).  Brown asserts that the pleading docketed as a Notice of Appeal (Doc. 55) is a "Chief Judge Complaint" and moves for the Court to correct the docket.  The Motion is **GRANTED,** and the Clerk of Court is **DIRECTED** to modify the docket to reflect that Doc. 55 is a "Chief Judge Complaint".

In the "Chief Judge Complaint" Brown asserts claims of ineffective assistance of counsel and seeks to have his sentence vacated.  Upon review of the filing, the Court has determined that the relief Brown seeks is only available through a motion filed pursuant to 28 U.S.C. § 2255.  *See* 28 U.S.C. § 2255.  The Court is hesitant to construe Brown's filing as a § 2255 motion without a clear indication that he intends to invoke that statute.  That is because "the court cannot so recharacterize a *pro se* litigant's motion as the litigant's first § 2255 motion *unless* the court informs the litigant of its intent to recharacterize, warns the litigant that the recharacterization will subject subsequent § 2255 motions to the law's 'second or successive' restrictions, and provides

the litigant with an opportunity to withdraw, or to amend, the filing." *Castro v. United States*, 540 U.S. 375, 377 (2003).

Accordingly, Brown is **WARNED** that if he does not file a motion to withdraw or amend his filing (Doc. 55) on or before **June 24, 2022**, the Court will construe it as a § 2255 motion and direct the Clerk of Court to open a new civil case.  Brown will then be subject to the second or successive filing requirements contained in 28 U.S.C. § 2255(h).

**IT IS SO ORDERED.**

**DATED:  May 24, 2022**

**STACI M. YANDLE**
**United States District Judge**