IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 18–CR-30028-SMY-1 |
| | ) |
| | ) |
| DANDRE R. BROWN, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Defendant Dandre R. Brown's Motion for Compassionate Release re: First Step Act (Doc. 82) is now before the Court for consideration. Because Brown challenges his sentence and conviction, the proper vehicle for the relief he seeks is a motion to vacate, correct, or set aside a sentence under 28 U.S.C. § 2255. These petitions are not filed in the underlying criminal case, but opened as a new civil proceeding. If Defendant wishes to seek relief under § 2255, he should file a separate § 2255 motion. The Clerk of Court is **DIRECTED** to send a § 2255 form motion to Brown to assist him in that process.

The one-year period prescribed by 28 U.S.C. 2255(f)(3) for filing a §2255 motion runs from the date of the Supreme Court's ruling that initially recognized the right asserted, not from the date the newly-recognized right was found to be retroactive. *Dodd v. United States*, 545 U.S. 353, 357 (2005). If Defendant has already filed a § 2255 petition related to this case, he cannot file a second or successive § 2255 petition without first obtaining authorization from the United States Court of Appeals for the Seventh Circuit. *See* 28 U.S.C. § 2255(h).

For the foregoing reasons, the Motion for Compassionate Release re: First Step Act (Doc. 82) is **DENIED**.

**IT IS SO ORDERED.**

DATED:  November 2, 2023

**STACI M. YANDLE**
**United States District Judge**